# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 97 CR 63 - 12 | **DATE** | 6/14/2006 |
| **CASE TITLE** | USA vs. John Hunt | | |

**DOCKET ENTRY TEXT**

Supervised release hearing held. Defendant's request for early termination of supervised release is granted. It is hereby ordered that the supervised release of John Hunt is terminated.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | SLB |
|---|---|---|